UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS J. DESY JR. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>) Civil Action No.:<br>AZZ, INC., )<br>)<br>    Defendant ) | |

**NOTICE OF REMOVAL OF CIVIL ACTION
TO THE UNITED STATES DISTRICT COURT**

**PLEASE TAKE NOTICE** that Defendant AZZ Inc. ("AZZ") hereby removes the civil action pending in the Commonwealth of Massachusetts, Superior Court Department, styled *Louis J. Desy Jr. v. AZZ, Incorporated*, Civil Action No. 1985CV01315, to the United States District Court for the District of Massachusetts. Defendant will promptly file a Notice of this Removal with the Commonwealth of Massachusetts, Superior Court Department, Worcester County, and serve the Notice on all parties.

**GROUNDS FOR REMOVAL JURISDICTION**

1.    Pursuant to 28 U.S.C. § 1446, AZZ invokes this District Court's jurisdiction under 28 U.S.C. § 1441 (providing that defendants may remove any civil action, filed in state court, of which the District Courts of the United States have original jurisdiction), 28 U.S.C. § 1332 (granting District Courts original jurisdiction of all civil actions between persons of diverse citizenship), and 28 U.S.C. §1331 (granting District Courts original jurisdiction of all civil actions arising under the laws of the United States).

2. On September 9, 2019, Plaintiff Louis J. Desy Jr. ("Desy") filed an Original Complaint and Jury Demand against AZZ in the Commonwealth of Massachusetts, Superior Court Department, Worcester County (the "Complaint"). A copy of the Complaint, along with all other documents filed with the Commonwealth of Massachusetts, Superior Court Department, is attached hereto as **Exhibit 1**. Exhibit 1 constitutes all of the process and pleadings that have been served upon AZZ in this action. Attested to copies of all docket entries in the Massachusetts Superior Court record shall be filed within 28 days, in accordance with Local Rules 5.4(f) and 81.1(a). The Civil Cover Sheet, as required by Local Rules 3.1 and 5.4(e), and Local Category Sheet are attached hereto as **Exhibit 2**.

3. In the Complaint, Desy alleges myriad claims relating to his former employment with AZZ, including non-payment of commissions, non-payment of overtime, age discrimination in violation of M.G.L. c. 151B and the Age Discrimination in Employment Act (ADEA), wrongful termination as against public policy, and libel and slander.

4. At the time of filing of this action, as stated in Paragraph 2 of the Complaint, and at the time of filing of this Notice, Desy resides in Worcester, Massachusetts, and is therefore a citizen of the Commonwealth of Massachusetts. As stated in Paragraph 3 of the Complaint, AZZ is not a citizen of the State of Massachusetts. AZZ is a Texas corporation with its principal place of business in Texas. AZZ is therefore a citizen of the State of Texas. 28 U.S.C. § 1332(c)(1). Removal is proper because there is complete diversity between the parties.

5. In addition, Desy seeks a "wage bonus" of "$18,171" (Complaint, ¶ 10), "overtime compensation" for allegedly working 20 hours of overtime per week for "several years" (Complaint, ¶ 6), "statutory trebling of damages" related to those claims (Complaint, Jury Demand), as well as unspecified damages for age discrimination (Count III), wrongful termination

(Count IV), and libel and slander (Count V). Because the parties have complete diversity of citizenship and because the amount in controversy exceeds the $75,000 statutory minimum for diversity jurisdiction, this Court has original jurisdiction under 28 U.S.C. § 1332.

6. Furthermore, on its face, Desy's Complaint alleges a violation of the Federal Age Discrimination in Employment Act (ADEA), 29 U.S.C. §§ 621-634 (Count III). Desy also alleges that AZZ violated "Federal Laws on wrongful termination based on public policy" (Count IV). Because Desy has alleged claims sounding under the laws of the United States, this Court has original jurisdiction under 28 U.S.C. § 1331.

7. AZZ received the Complaint on September 23, 2019. Removal pursuant to 28 U.S.C. § 1446(b) is timely because this Notice of Removal has been filed within thirty days of the AZZ's receipt of the Complaint, "the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1).

8. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

9. Defendant will give notice of the filing of this Notice of Removal to the Plaintiff and to the Commonwealth of Massachusetts, Superior Court Department, in which Civil Action No. 1985CV01315 is pending.

10. AZZ seeks removal of this action without prejudice to any and all defenses available to it, such as objections to service of process and jurisdiction.

**PRAYER**

WHEREFORE, Defendant AZZ Inc., respectfully prays that this matter, previously pending in the Commonwealth of Massachusetts, Superior Court Department, styled *Louis J. Desy*

*Jr. v. AZZ, Incorporated*, Civil Action No. 1985CV01315, be removed to the United States District Court for the District of Massachusetts.

        Respectfully Submitted,

        AZZ, INC.,

        By their attorneys,

        */s/ John E. (Jed) DeWick*
        John E. (Jed) DeWick (BBO #654723)
        Kevin B. Smith (BBO #688418)
        ARROWOOD LLP
        10 Post Office Square, 7th Floor South
        Boston, MA  02109
        (617) 849-6200
        (617) 849-6201 (Fax)
        jdewick@arrowoodllp.com
        ksmith@arrowoodllp.com

Dated: October 22, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) or sent by first-class mail to any persons presently indicated as non-registered participants on this date.

/s/ Kevin B. Smith

Kevin Smith, BBO (BBO # 688418)
October 22, 2019