UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LOUIS J. DESY JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>AZZ, INC.,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.:<br>)<br>)<br>)<br>)<br>) |

**<u>CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1</u>**

Defendant, AZZ, Inc. ("Defendant"), is a corporation formed under the laws of the State of Texas, with its principal place of business in the State of Texas. It is a nongovernmental corporate party. Pursuant to Fed. R. Civ. P. 7.1, Defendant states that it has no parent corporation, but states that BlackRock, Inc., a publicly held corporation, owns 10% or more of its stock.

                                                                                  Respectfully Submitted,
                                                                                   AZZ, INC.,
                                                                                   By their attorneys,

                                                                                  */s/ John E. (Jed) DeWick*
                                                                                  John E. (Jed) DeWick (BBO #654723)
                                                                                  Kevin B. Smith (BBO #688418)
                                                                                  ARROWOOD LLP
                                                                                 10 Post Office Square, 7th Floor South
                                                                                 Boston, MA  02109
                                                                                 (617) 849-6200
                                                                                 (617) 849-6201 (Fax)
                                                                                 jdewick@arrowoodllp.com
                                                                                 ksmith@arrowoodllp.com

Dated: October 22, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) or sent by first-class mail to any persons presently indicated as non-registered participants on this date.

/s/ Kevin B. Smith

Kevin Smith, BBO (BBO # 688418)
October 22, 2019