UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS J. DESY, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AZZ, INC., )<br>)<br>Defendant )<br>) | Civil Action No.: |

## NOTICE OF APPEARANCE

I, Jed DeWick, hereby enter my appearance as counsel for defendant AZZ, Inc., in this action.

Respectfully Submitted,

 /s/ Jed DeWick
Jed DeWick (BBO #654723)
ARROWOOD LLP
10 Post Office Square, 7th Floor South
Boston, MA  02109
(617) 849-6200
(617) 849-6201 (fax)
jdewick@arrowoodllp.com

Dated:  October 22, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) or sent by first-class mail to any persons presently indicated as non-registered participants on this date.

/s/ Kevin B. Smith

Kevin Smith, BBO (BBO # 688418)
October 22, 2019